UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| YANET MEDINA,<br>Petitioner, | : <br>: <br>: | CIV. NO. 3:03CV902 (MRK) |
| v. | : <br>: <br>: | |
| IMMIGRATION AND<br>NATURALIZATION SERVICE,<br>Respondent | : <br>: <br>: | OCTOBER 14, 2003 |

### RESPONDENT'S SECOND MOTION FOR ENLARGEMENT OF TIME

Respondent hereby moves for a second enlargement of time of 30 days, up to and including November 15, 2003, to file a response in this matter.

As grounds for this motion, the undersigned submits that a copy of petitioner's Alien File has not yet been received by this office as its production has been temporarily delayed due to the large volume of requests and shortage of staff availability at INS Hartford office.

Accordingly, the additional time (30 days) is necessary to allow for receipt of the file and to properly research and prepare a response for the Court's consideration.

It is anticipated that petitioner's Alien File will be received shortly and that this will be the final request for an enlargement of time by the respondent in this matter.

This is the second motion for enlargement of time in this matter.

                                      Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510
(203) 821-3700
FEDERAL BAR NO. ct20813

CERTIFICATION

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this date, to:

YANET MEDINA
RADGOWSKI CORRECTIONAL INSTITUTE
982 NORWICH NEW LONDON TURNPIKE
UNCASVILLE, CT 06382

Dated at New Haven, Connecticut on October 14, 2003.

WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY