UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| YANET MEDINA,<br>Petitioner, | : | CIV. NO. 3:03CV902(MRK) |
| v. | : | |
| IMMIGRATION AND<br>NATURALIZATION SERVICE,<br>Respondent | : | OCTOBER 15, 2003 |

<u>APPEARANCE</u>

Please enter the appearance of William M. Brown, Jr., Assistant United States Attorney, as counsel for the respondent in the above-captioned matter.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510
(203) 821-3700
FEDERAL BAR NO. ct20813

CERTIFICATION

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this date, to:

YANET MEDINA
RADGOWSKI CORRECTIONAL INSTITUTE
982 NORWICH NEW LONDON TURNPIKE
UNCASVILLE, CT 06382

Dated at New Haven, Connecticut on October 15, 2003.

WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY