SmExt+101403

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| YANET MEDINA,<br>Petitioner, | : | CIV. NO. 3:03CV902 (MRK) |
| v. | : | 2003 OCT 14  P 4:46 |
| | : | DISTRICT C...<br>NEW HAVEN, C... |
| IMMIGRATION AND<br>NATURALIZATION SERVICE,<br>Respondent | : | OCTOBER 14, 2003 |

## RESPONDENT'S SECOND MOTION FOR ENLARGEMENT OF TIME

Respondent hereby moves for a second enlargement of time of 30 days, up to and including November 15, 2003, to file a response in this matter.

As grounds for this motion, the undersigned submits that a copy of petitioner's Alien File has not yet been received by this office as its production has been temporarily delayed due to the large volume of requests and shortage of staff availability at INS Hartford office.

Accordingly, the additional time (30 days) is necessary to allow for receipt of the file and to properly research and prepare a response for the Court's consideration.

It is anticipated that petitioner's Alien File will be received shortly and that this will be the final request for an enlargement of time by the respondent in this matter.

SO ORDERED.

FILED Oct 17 4:16 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CT