UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

YANET MEDINA

    v.                                                                             Civil No.  3:03cv902(MRK)

IMMIGRATION & NATURALIZATION
SERVICE

## **JUDGMENT**

This matter came on for consideration on a petition for a writ of mandamus before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the petition and on December 17, 2003, entered a Ruling on Petition for Writ of Mandamus denying the petition and dismissing the case.

It is therefore ORDERED and ADJUDGED that the Petition for Writ of Mandamus is denied and the case is dismissed.  Dated at New Haven, Connecticut, this 22nd day of December, 2003.

                                                                           KEVIN F. ROWE, CLERK
                                                                           By
                                                                           /s/ Kenneth R. Ghilardi
                                                                           Kenneth R. Ghilardi
                                                                           Deputy Clerk

EOD: _____