United States District Court
District of Connecticut

Yonet Medina
Petitioner,

v.

Immigration and
Naturalization Service,
Respondent.

Civil Action
No. 3:03 V 902 MRK

Date: June 8, 2004

## Motion to Dismiss Detainer

The petitioner, who is PRO SE, in this action, moves this Court for an Order to Dismiss the detainer lodged against the petitioner for lack of due process in this matter, and due to the respondents' failure to state in the notice of intent or notice to appear that it sends to the inmate which ground for removal it is relying upon to deport him from the United States, under section 8 U.S.C.A § 1182(b)(2).

The petitioner further states

(1a)

no notice was ever sent, nor did any such notice accurately describe the grounds for removal against the petitioner, which invalidates any deportation, under section 8 U.S.C.A. §§ 1182 and 1227.

The petitioner further states that the INS may seek to deport any non-citizen who has been finally convicted of a crime involving "moral turpitude" committed within five years... after the date of entry into the United States.

The petitioner has legally been in the United States for (10½) years, the state's conviction in the Connecticut under Docket No. DBD-CR02-0114798-S, was petitioner's first conviction in the (10½) years of his presence in the United States. The petitioner was found to be guilty of the state offense 08-28-2002.

2a

Wherefore, the petitioner moves this Court to dismiss the Detainer lodged against him by the INS on September 13, 2002, no.# A44-180-455, or in the alternative set a bond on said detainer so that the petitioner can seek the funds from possible donations, in order to expedite his rehabilitation, which is being impeded by this detainer being on the petitioner's prison file.

The petitioner humblely request this Court to order respondent to make a Determination as regards to its position, and the continued requests for extensions of time, without a good-cause being shown, nor due process of law where a formal notice is in fact applicable and necessary.

Respectfully submitted

By: _Yanet Medina_
YANET MEDINA, PRO SE

③

## CERTIFICATION

I hereby certify that I did send by U.S. Mail a copy of this motion to:

William M. Brown, Jr.
Asst. U.S. Attorney
157 Church, St.
New Haven, CT. 06510

Date: June 8, 2004

Signed: _Yanet Medina_
Yanet Medina, Pro Se
ID # 256141
Radgowski C.C.
982 Norwich New London Tpke
Uncasville, CT. 06382

(4a)