UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Yanet Medina,                    : | |
|     Petitioner             : | |
| v.                               : | No. 3:03cv902(MRK) |
|                                  : | |
| Immigration & Naturalization Service, : | |
|     Respondent            : | |

## RULING

On December 18, 2003, this Court denied Petitioner's Petition for a Writ of Mandamus and dismissed this case [doc. #10]. Judgment was entered and the case closed on December 23, 2003 [doc. #11]. Petitioner has now filed a new Motion to Dismiss Detainer [doc. #15] and Motion for Assignment of Counsel [doc. #14]. The Motion to Dismiss Detainer raises the same issues previously decided by the Court in the earlier motion, in which the Court decided that "because the detainer functions simply as a notification, it has no effect on the prisoner's status." Ruling on Petition for Writ of Mandamus [doc. #10], at 3; *See Roldan v. Racette*, 984 F.2d 85, 88 (2d Cir. 1993). Accordingly, because there is no basis on which to revisit the previous decision, the Motion to Dismiss Detainer [doc. #15] is DENIED. Insofar as the case has been closed, and there are no other pending motions, the Motion for Assignment of Counsel [doc. #14] is DENIED as moot.

                                    IT IS SO ORDERED.

                      /s/     Mark R. Kravitz
                           United States District Judge

**Dated at New Haven, Connecticut, August 25, 2004.**